
SLIP OPINION

# SUPREME COURT OF ARKANSAS

**Opinion Delivered** December 8, 2016

IN RE SUPREME COURT
COMMITTEE ON AUTOMATION --
CREATION OF TASK FORCE ON
UNIFORM CHARGE CODES

## PER CURIAM

On March 17, 2016, we published proposed changes to Administrative Order No. 8, *In re Administrative Order No. 8 – Forms for Reporting Case Information in all Arkansas Trial Courts*, 2016 Ark. 130 (per curiam). The lack of uniform charge codes has been a recurrent issue in various phases of the process to automate the court system, implement electronic filing, and exchange data between agencies. Although various agencies have been working to try to increase consistency in the use of charge codes between systems, we conclude that a uniform committee should undertake the project.

The court hereby creates the Task Force on Uniform Charge Codes, which will be subordinate to the Supreme Court Committee on Automation. The task force is charged with developing a set of uniform charge codes that shall, upon the court's approval, be used on all reporting forms and relevant filings in all Arkansas courts. We appoint the following to serve on the task force:

Hon. Doug Schrantz, Circuit Judge, 19-W Judicial Circuit

Hon. Lynn Williams, Circuit Judge, 18-E Judicial Circuit

Nathan Smith, Prosecuting Attorney, 19-W Judicial Circuit

Cody Hiland, Prosecuting Attorney, 20th Judicial Circuit

Lori Kumpuris, Office of Prosecutor Coordinator

Brad Cazort, Arkansas Crime Information Center

Brenda Deshields, Benton County Circuit Clerk

Candace Edwards, Craighead County Circuit Clerk

Sandy Moll, Arkansas Sentencing Commission

Tim Holthoff, Administrative Office of the Courts

Krystal A. Mann, Administrative Office of the Courts

The term of these appointments is two years. We will address other committee issues at a later date. The court thanks these appointees for their willingness to serve on this important endeavor.

No changes to current practice regarding charge codes shall be mandated by the Administrative Office of the Courts until the task force recommends uniform charge codes or interim guidelines that are subsequently approved by this court. The task force should consult with other persons and agencies with knowledge or expertise that is relevant to the work of the task force.  The task force shall report by June 30, 2017, to the Automation Committee and this court on the progress of the task force's work.